AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TERRAEL DICKEY

      Plaintiff

      v.   Civil Action No. 1:23-cv-452

PARK CENTER
*Case Mangers*

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____ recover from the Defendant(s)_____ damages in the amount of _____ , plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED. _____

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Chief Judge Holly A. Brady

DATE:  10/27/2023                                          CHANDA J. BERTA, CLERK OF COURT

                                                                          by   s/J. Barboza
                                                                              *Signature of Clerk or Deputy Clerk*